UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al. | Case No. 23-9503 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for:

United States Environmental Protection Agency, and

Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents, in the above-captioned case.

Alan D. Greenberg
_____
Name of Counsel

*s/ Alan D. Greenberg*
_____
Signature of Counsel

U.S. Dept. of Justice
Environmental Defense Section
999 18th Street, Suite 370
Denver, CO 80202
303-844-1366
Mailing Address and Telephone Number

Alan.greenberg@usdoj.gov
E-Mail Address

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

_____
E-Mail Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

X    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

    Everett Volk, Office of Regional Counsel, EPA Region 8

    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

February 9, 2023

_____

Date

*s/ Alan D. Greenberg*

_____

Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

        On _____ I sent a copy of this Entry of Appearance Form to:
                       [date]

_____

at_____,

the last known address/email address, by _____.
                                                        [state method of service]

February 9, 2023
_____
Date

*s/ Alan D. Greenberg*
_____
Signature