**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

**April 28, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

—————————————————

CENTER FOR BIOLOGICAL
DIVERSITY,

     Petitioner,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; and MICHAEL
S. REGAN, Administrator, United States
Environmental Protection Agency,

     Respondents,

and

STATE OF COLORADO,

     Intervenor - Respondent.

------------------------------------

AMERICAN PETROLEUM INSTITUTE,

     Amicus Curiae.

No. 23-9503
(EPA No. EPA-R08-OAR-2020-0103.)
(Environmental Protection Agency)

—————————————————

# JUDGMENT

—————————————————

Before **BACHARACH**, **BALDOCK**, and **CARSON**, Circuit Judges.

—————————————————

     This petition for review originated from the Environmental Protection Agency and

was argued by counsel.

It is the judgment of this Court that the petition is denied in part and granted in part.  The case is remanded to the EPA for reconsideration in accordance with the opinion of this Court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk