FILED
United States Court of Appeals
Tenth Circuit

June 13, 2025

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

CENTER FOR BIOLOGICAL DIVERSITY,

    Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,

    Respondents,

and

STATE OF COLORADO,

    Intervenor - Respondent.

------------------------------------

AMERICAN PETROLEUM INSTITUTE,

    Amicus Curiae.

No. 23-9503
(EPA No. EPA-R08-OAR-2020-0103.)
(Environmental Protection Agency)

---

**ORDER**

---

Before **BACHARACH**, **BALDOCK**, and **CARSON**, Circuit Judges.

---

    This matter is before the court on Respondents' *Motion to Amend Opinion and Stay Mandate During Consideration of This Motion*. The request to stay issuance of the

mandate pending consideration of the motion is granted. The request to amend the opinion is taken under advisement.

                                                Entered for the Court
                                                CHRISTOPHER M. WOLPERT, Clerk

                                                by: Jane K. Castro
                                                      Chief Deputy Clerk