FILED
United States Court of Appeals
Tenth Circuit

August 12, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

CENTER FOR BIOLOGICAL DIVERSITY,

    Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, Administrator, United States Environmental Protection Agency,

    Respondents,

and

STATE OF COLORADO,

    Intervenor - Respondent.

------------------------------------

AMERICAN PETROLEUM INSTITUTE,

    Amicus Curiae.

No. 23-9503
(EPA No. EPA-R08-OAR-2020-0103.)
(Environmental Protection Agency)

_____

**JUDGMENT**
_____

Before **BACHARACH**, **BALDOCK**, and **CARSON**, Circuit Judges.
_____

  This petition for review originated from the United States Environmental Protection Agency and was argued by counsel.

It is the judgment of this Court that the petition for review is granted in part and denied in part. The case is remanded to the United States Environmental Protection agency for reconsideration in accordance with the opinion of this Court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk